# UNITED STATES DISTRICT COURT
## Northern District of Florida

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　　　　　　Case No.: 3:05cr68-001/MCR
　　　　　　　　　　　　　　　　　　　　　　　　　　USM No.: 06124-017
TOMMY LEWIS WALKER

_____ /

Date of Original Judgment:　May 12, 2006
Date of Previous Amended Judgment:　April 10, 2008

## Order on Motion for Sentence Reduction

☑ The Defendant　☐ the Director of the Bureau of Prisons　☐ the court has moved under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment previously imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u).

　　Having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable, the court orders that the motion is **DENIED**, finding:

☐ Amendment is applicable but does not have the effect of lowering the applicable guideline range due to operation of another guideline:
　　☐ Career Offender § 4B1.1
　　☐ Mandatory Minimum Sentence § 5G1.1(b)
　　☐ Use of (or) Cross Reference to another Guideline
☑ Amendment does not result in change to guideline range and the previous sentence imposed.
☐ Statutory mandatory minimum term previously imposed.
☑ Other: Pursuant to Amendment 706, defendant's guideline range was reduced by two levels and his sentence was reduced accordingly. Under Amendment 750, defendant's guideline range remains the same as modified by Amendment 706. Therefore, defendant is not eligible for a further reduction in sentence.

**IT IS SO ORDERED.**

Order Date:　11·12·2013　　　　　　　　　　　　　　_M. Casey Rodgers_
　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　M. Casey Rodgers
Effective Date: _____　　　　　　　　　Chief United States District Judge
　　(if different from order date)　　　　　　　　Printed Name and Title of Judge

Rec'd 11·12·13 USDC FLN 3AM 1146